**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**Hattie Lowe, et al.**                                                                                   **PLAINTIFFS**

**VS.**                                                                    **CIV. AC. No. 4:09-CV-0073-P-S**

**South Delta Regional Housing Authority and**
**Ms. A. J. Jefferson**                                                                                **DEFENDANTS**

## ORDER

THIS MATTER, having been brought on by the filing of Plaintiffs' Complaint and Motion for Preliminary Injunction, filed against the within named Defendants; and

After conducting a hearing thereon Plaintiffs' Motion, with testimony heard and argument of Counsel for the parties, the Court has advised the parties it will take this matter under advisement. Accordingly:

IT IS HEREBY ORDERED, the interim Order of this Court, that stays eviction action for the non-payment of the "additional amount" of the rent increases, including the sending of notices for nonpayment of the incremental increase, scheduled for August 1, 2009, shall remain in full force and effect until further Order of this Court.

SO ORDERED, this the 25th day of August, 2009.

/s/ W. Allen Pepper, Jr.
**UNITED STATES DISTRICT COURT**

Submitted by:

_____/s/ Paul Mathis, Jr._____
Paul Mathis, Jr., (MSB #8993)
Paul Mathis, LLP
365 West Reed Road, Suite C (38701)
P. O. Box 936
Greenville, MS  38792-0936
Telephone:  (662) 332-6660
Facsimile:  (662) 332-6668
Email:  paulmathis@bellsouth.net
Attorney for Defendants


_____/s/ Beth Orlansky, Esq._____
Beth Orlansky, Esq. (MSB #3938)
The Mississippi Center for Justice
736 North Congress Street
P. O. Box 1023
Jackson, MS  39215
Telephone:  (601) 352-2269
Facsimile:  (601) 352-4769
Email:  borlansky@mscenterforjustice.org
And
Daniel E. Morris, Esq. (MSB #102723)
Morris & Associates
900 South Chrisman Avenue
P. O. Box 656
Cleveland, MS  38732-0656
Telephone:  (662) 846-6691
Facsimile:  (662) 843-8136
Email:  danielmorris@themorrislawfirmofmississippi.com
Attorneys for Plaintiffs