IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**Hattie Lowe, et al.** **PLAINTIFF**

**VS.** **CIV. AC. No. 4:09-CV-0073-P-S**

**South Delta Regional Housing Authority and** **DEFENDANTS**
**Ms. A. J. Jefferson**

# ORDER

This matter is before the court on motion of the plaintiff to extend the CMO deadlines (#'s 85,87) for sixty days. After considering the motions, the court finds them to be well taken.

**IT IS, THEREFORE, ORDERED** that the following extensions are granted: an extension to July 27, 2010 for plaintiffs to designate experts; an extension to August 27, 2010 for defendants to designate experts; an extension to September 27, 2010 for completion of discovery; and an extension to October 11, 2010 for the filing of motions other than motions in limine.

**SO ORDERED**, this, the 27th day of May, 2010.

/s/David A. Sanders
**UNITED STATES MAGISTRATE**